UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHORELINE FRUIT, INC.

                Plaintiff

       v.

PARADISE PRODUCTS CORP., et. al

             Defendants

Civil No. _07 CIV. 9376_

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Shoreline

Fruit, Inc., by and through counsel, certifies that Shoreline Fruit, Inc., is not a publicly

traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 18th day of October, 2007

                Respectfully submitted

                LAW OFFICES OF BRUCE LEVINSON

      By:_____

                Gregory Brown (GB1977)
                Bruce Levinson (BL0749)
                747 Third Avenue, 4th Floor
                New York, New York 10017-2803
                (212) 750-9898

                    and

                Louis W. Diess, III
                McCARRON & DIESS
                4900 Massachusetts Ave., N.W. Suite 310
                Washington, D.C. 20016
                (202) 364-0400

                Attorneys for Plaintiff