UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHORELINE FRUIT, INC.

    Plaintiff

v.

PARADISE PRODUCTS CORP., et. al

    Defendants

Civil No. 07 CIV 9376

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2007

### ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND TEMPORARY RESTRAINING ORDER

Upon the affidavit of Robert Reidy, the treasurer of plaintiff, and the Attorney Certification Why Notice Should Not Be Required Pursuant To Rule 65(b), and upon the copy of the complaint hereto and pleadings in support, annexed, it is

**ORDERED**, that the above-named defendants show cause before a motion term of this Court, at Room 12B, United States District Court for the Southern District of New York, 120 Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on October 29, 2007 at 2:30 o'clock p.m., as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions, during the pendency of this action from alienating, dissipating, paying over or assigning any assets of Paradise Products Corp. or its subsidiaries or related companies except for payment to plaintiff until further order of this Court or until defendants pay plaintiff the

sum of $51,533.00 by cashiers check or certified check, at which time this Order is dissolved; and it is further

**ORDERED**, that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendants, their customers, agents, officers, subsidiaries, assigns, and banking institutions are temporarily restrained and enjoined from alienating, dissipating, paying over or assigning any assets of Paradise Products Corp., or its subsidiaries or related companies except for payment to plaintiff until further order of this Court or until defendants pay plaintiff the sum of $51,533.00 by cashiers check or certified check, at which time this Order is dissolved; and it is further

**ORDERED** that bond shall be waived in view of the fact that defendants now hold $51,533.00 worth of plaintiff's assets and is further

**ORDERED** that service of a copy of this order and annexed affidavit by overnight delivery, via Federal Express or other nationally recognized delivery service, upon the defendants or its counsel on or before _October 23_, 2007 at _3_ o'clock _p._ m, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _October 19, 2007_
_4:54 P.M._

_____
United States District Judge

Responsive papers must be filed by October 26, 2007. Proof of service must be filed by the plaintiff by October 26, 2007.

So ordered,

10/19/07