UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHORELINE FRUIT, INC.

        Plaintiff

    v.                                      Civil No. 07 CIV 9376

PARADISE PRODUCTS CORP., et al

        Defendants

**JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER**

Plaintiff Shoreline Fruit, Inc. and Defendants, Paradise Products Corp., David Lax, Ina Lax and Andrew Lax, jointly move for the entry of the Stipulation and Order filed herewith.

Dated this 24th day of October, 2007.

IT IS SO STIPULATED.

| | |
|---|---|
| SILVERBERG, STONEHILL<br>GOLDSMITH & HABER, P.C. | LAW OFFICES OF BRUCE LEVINSON |
| By: /s/ Jay Silverberg<br>Jay Silverberg<br>111 West 40th Street<br>New York, New York 10018<br>(212) 730-1900 | By: /s/ Bruce Levinson<br>Bruce Levinson (BL0749)<br>747 Third Avenue, 4th Floor<br>New York, New York 10017-2803<br>(212) 750-9898 |
| Attorneys for Defendants | and<br><br>Louis W. Diess, III<br>McCARRON & DIESS<br>4900 Massachusetts Ave., N.W. Ste 310<br>Washington, D.C. 20016<br>(202) 364-0400<br><br>Attorneys for Plaintiff |